UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: THE VIDA L. EDDY LIVING TRUST<br><br>BRADLEY PASSICK,<br>                              Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>                              Defendant. | Case No.:  24-cv-656-L-DDL<br><br>**ORDER GRANTING DEFENDANT UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT'S MOTION TO DISMISS**<br><br>**[ECF No. 7]** |

     Pending before the Court is Defendant United States Department of Housing and Urban Development's ("HUD") motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and (5) for lack of subject-matter jurisdiction and insufficient service. (ECF No. 7.)  Plaintiff did not oppose the motion within the time for filing an opposition or otherwise request additional time to respond.  *See* Civ. Loc. Rule 7.1.e.2.  HUD's motion is therefore granted as unopposed.  *See* Civ. Loc. Rule 7.1.f.3.c; *Ghazali v. Moran*, 46 F.3d 52, 53-54 (9th Cir. 1995).  All claims asserted against Defendant HUD are dismissed without prejudice.

     //

**IT IS SO ORDERED.**

Dated:  July 8, 2024

Hon. M. James Lorenz
United States District Judge